IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY FORD**, <br><br> Plaintiff, <br><br> *v.* <br><br> **MERRICK B. GARLAND, et al.**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 22-2393-KSM** |

## ORDER

**AND NOW**, this 12th day of September, 2022, upon consideration of Plaintiff Henry Ford's Motion to Proceed *In Forma Pauperis* (Doc. No. 1), and *pro se* Complaint (Doc. No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons described in the Court's Memorandum as follows:

   a. Ford's claims challenging the constitutionality of his conviction or imprisonment are **DISMISSED WITHOUT PREJUDICE** to Ford's right to raise those claims in a newly-filed civil action if the conviction is reversed, vacated, or otherwise invalidated; and

   b. The balance of Ford's Complaint is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court shall **CLOSE** this case.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON**